1  ROBERT J. ROSATI (SBN. 112006)
   robert@erisalg.com
2  THORNTON DAVIDSON (SBN: 166487)
   thornton@erisalg.com
3  ERISA Law Group, LLP
   2055 San Joaquin Street
4  Fresno, California 93721
   Telephone:  (559) 256-9800
5  Facsimile:  (559) 256-9795

6  Attorneys for Plaintiff
   CAROL CASTILLO
7

8  JORDAN S. ALTURA  (SBN:  209431)
   jaltura@gordonrees.com
9  SETH J. MANFREDI  (SBN:  260893)
   smanfredi@gordonrees.com
10 GORDON & REES LLP
   275 Battery Street, Suite 2000
11 San Francisco, CA 94111
   Telephone:  (415) 986-5900
12 Facsimile:  (415) 986-8054

13 Attorneys for Defendant
   AETNA LIFE INSURANCE COMPANY
14

15                     UNITED STATES DISTRICT COURT

16                     EASTERN DISTRICT OF CALIFORNIA

17                              FRESNO DIVISION

18

19 CAROL CASTILLO                       ) CASE NO. 1:12-cv-01067-LJO-GSA
                                        )
20              Plaintiff,              ) STIPULATION AND ORDER
                                        ) REGARDING CROSS-MOTIONS
21      v.                              ) FOR JUDGMENT
                                        )
22 AETNA LIFE INSURANCE COMPANY         ) Judge: Hon. Lawrence J. O'Neill
                                        )
23              Defendant.              )
                                        )
24
                *COURT LANGAUGE AND ORDERS ADDED.  READ BELOW*
25

26

27

28

1    Plaintiff Carol Castillo and Defendant Aetna Life Insurance Company (hereinafter
2 referred to as the "Parties"), by and through their respective counsel of record, hereby jointly file
3 this Stipulation:
4    WHEREAS, the Court's scheduling order set the hearing on the Parties' cross-motions
5 for judgment for August 1, 2013, at 8:30 a.m. in Courtroom 4 before the Honorable Lawrence J.
6 O'Neill, with motions to be filed by May 23, 2013, oppositions to be filed by June 21, 2013, and
7 replies to be filed by July 18, 2013;
8    WHEREAS, pursuant to the recommendations of Magistrate Judge Gary S. Austin at the
9 October 2, 2012 Case Management Conference, the Parties engaged in settlement discussions,
10 which are continuing and which the parties are optimistic will result in a settlement and dismissal
11 of this action;
12    WHEREAS, the total benefit amount at issue in this dispute involving a life insurance
13 policy is $60,000, and the parties have agreed it would be beneficial for both sides to avoid the
14 significant expense of preparing and filing cross-motions for judgment, prior to exhausting
15 settlement efforts;
16    WHEREAS, the parties respectfully seek to modify the briefing schedule regarding the
17 cross-motions for judgment, including the hearing date;
18    THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES
19 THAT:
20    1.    Provided the Court's calendar allows, the hearing date on the Parties' cross-
21 motions for judgment should be continued to August 22, 2013 at 8:30 a.m., with motions to be
22 filed by June 13, 2013, oppositions to be filed by July 11, 2013, and replies to be filed by August
23 8, 2013;
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

- 2 -
STIPULATION AND ORDER REGARDING CROSS-MOTIONS FOR JUDGMENT
CASE NO. 1:12-CV-01067-LJO-GSA

  2. The Parties hereby respectfully request the Court grant this continuance.

Dated:  May 9, 2013        ERISA LAW GROUP, LLP

                By /s/ Robert J. Rosati
                  Robert J. Rosati (SBN:  112006)
                  (as authorized on 5/9/13)
                Attorneys for Plaintiff
                CAROL CASTILLO

Dated:  May 9, 2013        GORDON & REES LLP

                By /s/ Jordan S. Altura
                  Jordan S. Altura (SBN:  209431)
                  Seth J. Manfredi (SBN:  260893)
                Attorneys for Defendant
                AETNA LIFE INSURANCE COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing date on the Parties' cross-motions for judgment should be continued to August 22, 2013 at 8:30 a.m., with motions to be filed by June 13, 2013, oppositions to be filed by July 11, 2013, and replies to be filed by August 8, 2013.

Judges in the Eastern District of California carry the heaviest caseload in the nation, and this Court is unable to devote inordinate time and resources to individual cases and matters.  This Court must avoid devotion of resources to unfruitful matters, such as motions which become moot, and must take measures to maximize limited judicial resources and staff.

In addition, this Court ORDERS the parties to reconsider consent to conduct all further proceedings before one of the Court's Magistrate Judges, whose schedules are far more realistic and accommodating to parties than that of U.S. District Judge Lawrence J. O'Neill, who must prioritize criminal and older civil cases. This Court ORDERS the parties' counsel, no later than

May 24, 2013, to file and serve papers to indicate whether each party consents to the conduct of all further proceedings by a U.S. Magistrate Judge.  U.S. Magistrate consent forms are available on this Court's website.

Civil trials set before Judge O'Neill trail until he becomes available and are subject to suspension mid-trial to accommodate criminal matters. Civil trials are no longer reset to a later date if Judge O'Neill is unavailable on the original date set for trial.  If a trial trails, it may proceed with little advance notice, and the parties and counsel may be expected to proceed to trial with less than 24 hours notice.  Moreover, this Court's Fresno Division randomly and without advance notice reassigns civil actions to U.S. District Judges throughout the nation to serve as visiting judges. In the absence of Magistrate Judge consent, this action is subject to trial scheduling difficulties and reassignment to a U.S. District Judge from outside the Eastern District of California.

The parties and counsel are encouraged to contact United States Senators Diane Feinstein and Barbara Boxer to address this Court's inability to accommodate the parties and this action. For further information regarding handling of this action, the parties may contact staff attorney Gary Green at (559) 499-5683 or email him at ggreen@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **May 9, 2013**                              /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE