# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| CAROL CASTILLO, | Case No. 1:12-CV-01067-LJO-GSA |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **July 3, 2013**          /s/  Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE