# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| CAROL CASTILLO,<br><br>        Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 1:12-CV-01067-LJO-GSA<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   July 3, 2013**         /s/  Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE